**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  1/22/21
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$
Total Postage
$

Sent To  Brandon Callier
Street and Apt.  6336 Franklin Trail
City, State, ZIP  El Paso, TX  79912
20CV304PRM  #5 & 6

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 2620 0000 9967 6439