Brandon Callier <callier74@gmail.com>

## Callier v GreenSky; GreenSky's Discovery Responses

**Brandon Callier** <callier74@gmail.com>  Wed, Mar 31, 2021 at 10:00 PM
To: "Kathy D. Troutman" <KTroutman@macdonalddevin.com>
Cc: "Sean W. Fleming" <SFleming@macdonalddevin.com>, Morgan Thornton <MThornton@macdonalddevin.com>

Please see my request for a meet and confer in response to your refusal to participate in discovery. Resending because I did not reply all earlier.

On Mon, Mar 29, 2021 at 4:44 PM Kathy D. Troutman <KTroutman@macdonalddevin.com> wrote:
[Quoted text hidden]

📎 **Meet and Confer Greensky.pdf**
  195K