Gmail                                   Brandon Callier <callier74@gmail.com>

## Callier v GreenSky; GreenSky's Discovery Responses

Sean W. Fleming <SFleming@macdonalddevin.com>                    Thu, Apr 1, 2021 at 7:50 AM
To: Brandon Callier <callier74@gmail.com>, "Kathy D. Troutman" <KTroutman@macdonalddevin.com>
Cc: Morgan Thornton <MThornton@macdonalddevin.com>

Mr. Callier – we will stand on our objections. There is no need to meet and confer. You can file your motion with the court and we will respond accordingly.

Sean Fleming

## Sean W. Fleming | *Shareholder*

P 214.651.3383



3800 Renaissance Tower | 1201 Elm Street | Dallas, TX 75270

vCard | Bio | Website

From: Brandon Callier <callier74@gmail.com>
Sent: Wednesday, March 31, 2021 11:00 PM
To: Kathy D. Troutman <KTroutman@macdonalddevin.com>
Cc: Sean W. Fleming <SFleming@macdonalddevin.com>; Morgan Thornton <MThornton@macdonalddevin.com>
Subject: Re: Callier v GreenSky; GreenSky's Discovery Responses

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § § § | |
| Plaintiff, | § § | EP-20-CV-00304-PRM |
| v. | § § | |
| GREENSKY, LLC., a Delaware Corporation | § § | |
| Defendant. | § § § | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2021 I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO COMPEL WITH SUPPORTING MEMORANDUM AND MOTION FOR SANCTIONS** to be served via electronic mail to all attorneys of record.

April 29, 2021                    Respectfully submitted,

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com