UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **Brandon Callier** | § | |
| | § | |
| vs. | § | Case Number: EP:20-CV-00304-KC |
| | § | |
| **GREENSKY INC., a Delaware Corporation** | § | |
| | § | |

**ORDER RESETTING MOTIONS HEARING**

   IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 10:00 AM, in Magistrate Courtroom, Room 512, on the 5th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on June 02, 2021.

   IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to all parties.

   IT IS SO ORDERED this 19th day of May, 2021

_____
**LEON SCHYDLOWER**
**UNITED STATES MAGISTRATE JUDGE**