# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | EP-20-CV-0304-PRM |
| **GREENSKY, INC., a Delaware Corporation** | § § § § | |
| **Defendant.** | | |

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Plaintiff Brandon Callier ("Plaintiff") and Defendant GreenSky, Inc. ("GreenSky") and submit this Notice of Settlement to advise the Court of the following:

1. Plaintiff filed his Original Complaint against GreenSky, Inc. on December 7, 2020.

2. Plaintiff has filed a Motion for Leave to Amend and a Motion to Compel against GreenSky. Both of these Motions are still pending.

3. Plaintiff and GreenSky have reached an agreement to resolve the claims between them.

4. The Parties request that the Court take no additional action on any pending motions on this case. The Parties request 21 days to execute a settlement agreement and file final dismissal documents with the Court.

Respectfully submitted,

By: */s/ Brandon Callier (by permission)*
Pro Se
6336 Franklin Trail
El Paso, TX 79912
915-383-4604



By: /s/ *Sean W. Fleming*
**Sean W. Fleming**
*Attorney in Charge*
Texas Bar No. 24027250
E-Mail: sfleming@macdonalddevin.com

**MACDONALD DEVIN MADDEN KENEFICK & HARRIS, PC**
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2014
(214) 744-3300 (Phone)
(214) 747-0942 (Facsimile)

**ATTORNEY FOR DEFENDANT GREENSKY, INC.**